# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WINDSONG CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE USA SPECIALTY CLAIMS, a foreign corporation,<br><br>Defendant. | No.<br><br>COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES<br><br>**JURY DEMANDED** |

This is an insurance coverage dispute involving damage to a condominium. Defendant ACE USA Specialty Claims ("ACE") breached its insurance contracts with Plaintiff, unreasonably failed to respond to, investigate, or pay Plaintiff's claim, and damaged Plaintiff in an amount to be proven at trial – but currently believed to exceed, after damages are trebled under RCW 48.30.015, at least $2,800,000.

## I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Windsong Condominium Association ("the Association") is a non-profit corporation organized and existing under the laws of the State of Washington. The

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 1

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

Association is comprised of and represents the unit owners at Windsong Condominium, a condominium located in Seattle, Washington.

2. The Association is an insured under several insurance policies issued by ACE or its predecessors.

3. The Association has paid all fees and fulfilled all other conditions precedent necessary to maintain this action.

4. ACE is, upon information and belief, an insurance company transacting business in this judicial district.

5. ACE is a successor to CIGNA Fire Underwriters Insurance Company and Bankers Standard Insurance Company, such that all amounts, duties, benefits, and obligations owed to the Association by CIGNA Fire Underwriters Insurance Company or Bankers Standard Insurance Company are owed by ACE.

6. The Association is a citizen of Washington.

7. On information and belief, ACE is incorporated in Pennsylvania, has its principal place of business in Pennsylvania, and is therefore a citizen of Pennsylvania.

8. On information and belief, subject matter jurisdiction exists under 28 U.S.C. § 1332 in that this lawsuit involves citizens of different States and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9. This Court has personal jurisdiction over ACE under the Washington Long Arm Statute, RCW 4.28.185, in that ACE transacts business within Washington.

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES - 2

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

10. Venue is proper in this judicial district under 28 U.S.C § 1391(c) because ACE is subject to personal jurisdiction in this judicial district at the time of commencement of this action, and is therefore a resident of this judicial district.

## II. THE ACE POLICIES

11. ACE, through its predecessors Bankers Standard Insurance Company and CIGNA Fire Underwriters Insurance Company, issued several policies of property insurance to the Association under Policy Number D17885315 ("the ACE Policies"). The ACE Policies were in force for consecutive annual policy periods from May 18, 1990 through May 18, 1993.

## III. FACTUAL BACKGROUND

12. In 2005, the Association discovered the existence of severe property damage in the structure of the Windsong Condominium.

13. All the damage resulted from an "occurrence," as that term is defined in the ACE Policies, in that the damage resulted from an "accident, including continuous or repeated exposure to the same event," that caused *some* damage during the ACE Policies' policy periods.

14. The ACE Policies cover *all* damage resulting from that occurrence, regardless of whether part of the damage occurred outside the ACE Policies' policy periods.

15. In November 2005, the Association informed ACE by letter of the damage to the Windsong Condominium. The Association requested that ACE conduct a thorough investigation of the damage, and provide all coverage afforded by the ACE Policies.

16. ACE failed to promptly respond to the Association's claim letter.

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES - 3

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

17. ACE failed to promptly and thoroughly investigate the Association's claim.

18. ACE unreasonably refused to pay the Association's claim.

19. ACE failed to promptly provide the Association with a reasonable explanation of the basis for ACE's refusal to pay the Association's claim.

20. On January 8, 2008, the Association sent ACE a letter providing notice that the Association intended to assert a cause of action against ACE under RCW 48.30.015, and providing notice of the bases for that cause of action. The Association also sent a copy of its January 8, 2008 letter to the Washington Insurance Commissioner.

21. More than twenty days have elapsed since the date ACE received the Association's notice letter, and ACE has failed to resolve the claim that is the subject of the Association's RCW 48.30.015 cause of action.

## IV. CAUSES OF ACTION

22. The allegations of paragraphs 1-21 are re-alleged and incorporated herein by reference.

23. An actual controversy exists between the Association and ACE as to the rights and obligations of the parties under the ACE Policies.

24. The Association is entitled to a declaration of the rights and obligations of the parties, as well as the coverage afforded under the ACE Policies.

25. The Association has complied with all applicable conditions precedent under the ACE Policies that were not waived by ACE.

26. ACE had a contractual duty to pay covered claims.

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES - 4

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

27. ACE breached that duty, proximately causing damage to the Association in an amount to be proven at trial.

28. ACE's above-described conduct violates, among other regulations and statutes, Washington Administrative Code ("WAC") sections 284-30-330(2); 284-30-330(3), 284-30-330(4); 284-30-330(13); 284-30-360(1); and 284-30-370.

29. ACE's violations of these WAC sections constitutes a violation of Washington's Consumer Protection Act, RCW Chapter 19.86.

30. ACE's violation of the Washington's Consumer Protection Act has damaged the Association in an amount to be proven at trial.

31. By unreasonably denying the Association's claim, and by violating the WAC sections listed above, ACE violated RCW 48.30.015, damaging the Association in an amount to be proven at trial.

32. ACE owed the Association a duty in tort to act reasonably and in good faith in investigating and responding to the Association's claim. ACE breached those duties, proximately causing damage to the Association in an amount to be proven at trial.

## V. **PRAYER FOR RELIEF**

WHEREFORE, the Association prays for the following relief:

1. A declaration establishing the rights and obligations of the parties;

2. All damages legally available for ACE's breaches of contract, violation of Washington's Consumer Protection Act, violation of RCW 48.30.015, and bad faith;

3. An award of attorney's fees and other costs incurred by the Association and recoverable under applicable statute or common law, including but not limited to

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES - 5

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

RCW 48.30.015, RCW 19.86.090, and <u>Olympic Steamship Co., Inc. v. Centennial Ins. Co.</u>, 117 Wn.2d 37, 811 P.2d 673 (1991);

4. An award of treble damages, pursuant to RCW 48.30.015 and/or RCW 19.86.090;

5. An award of prejudgment interest, to the extent allowed by law; and

6. Such other and further relief as this Court deems just and proper.

## VI. JURY DEMAND

Plaintiff hereby demands a trial by jury in accordance with Rule 38 of the Federal Rules of Civil Procedure.

DATED this 1st day of February 2008.

HARPER | HAYES PLLC

By: _____
Todd C. Hayes, WSBA No. 26361
Gregory L. Harper, WSBA No. 27311
Michael J. Crisera, WSBA No. 30353
Attorneys for Plaintiff

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES - 6

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010