THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WINDSONG CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BANKERS STANDARD INSURANCE COMPANY, a foreign corporation; ACE FIRE UNDERWRITERS INSURANCE COMPANY (f/k/a CIGNA FIRE UNDERWRITERS INSURANCE COMPANY), a foreign corporation,<br><br>　　　　　Defendants. | No. **C08-162JCC**<br><br>MOTION, STIPULATION, AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**NOTED FOR: 3/19/09** |

## I.　MOTION

COMES NOW Plaintiff, Windsong Condominium Association ("Windsong"), by and through its counsel, to file a stipulation and move for an order dismissing this cause of action with prejudice and without costs.

## II.　STIPULATION

IT IS STIPULATED and agreed by and between Plaintiff, Windsong, and

STIPULATION OF DISMISSAL OF DEFENDANT WITH
PREJUDICE AND WITHOUT COSTS - 1

CASE # **C08-162JCC**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

Defendants, Bankers Standard Insurance Company and ACE Fire Underwriters Insurance Company, that this matter has been fully settled and resolved and that all claims in this Action should be dismissed with prejudice and without costs.

DATED this 19th day of March, 2009.

HARPER | HAYES PLLC

By: _____
Todd C. Hayes, WSBA No. 26361
Gregory L. Harper, WSBA No. 27311
Michael J. Crisera, WSBA No. 30353
Attorneys for Plaintiff

COZEN O'CONNOR

By: _____
Craig H. Bennion WSBA No. 11646
Counsel for Defendants

### III.  ORDER

Plaintiff Windsong and Defendants Bankers Standard Insurance Company and ACE Fire Underwriters Insurance Company, having stipulated for dismissal of all claims herein without costs, and the Court being fully advised, now therefore,

IT IS HEREBY ORDERED that any and all claims brought by the parties herein are hereby dismissed with prejudice and without costs.

DONE IN OPEN COURT this ____ day of _____, 2008.

_____
THE HONORABLE JOHN C. COUGHENOUR

STIPULATION OF DISMISSAL OF DEFENDANT WITH
PREJUDICE AND WITHOUT COSTS - 2

CASE # C08-162JCC

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

Presented by:
HARPER | HAYES PLLC

By: _____
Todd C. Hayes, WSBA No. 26361
Gregory L. Harper, WSBA No. 27311
Michael J. Crisera, WSBA No. 30353
Attorneys for Plaintiff

Approved as to form; Notice of Presentation Waived:

COZEN O'CONNOR

By: _____
Craig H. Bennion WSBA No. 11646
Counsel for Defendants

STIPULATION OF DISMISSAL OF DEFENDANT WITH
PREJUDICE AND WITHOUT COSTS - 3

CASE # C08-162JCC

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

## CERTIFICATE OF SERVICE

The undersigned certifies that on *Thursday, March 19, 2009*, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

**NAME:** Craig Bennion
**EMAIL ADDRESS:** cbennion@cozen.com
**REPRESENTING:** Defendant

DATED *March 19, 2009* in Seattle, Washington.

*/s/ Victoria Heindel*
Victoria Heindel

CERTIFICATE OF SERVICE - 1
CASE # C08-162JCC

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010